UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
HARRY RIVERA,                                :    18 Civ. 3958 (VB)

                Plaintiff,         :    **PROPOSED**
                                         **DEPOSITION ORDER**
      - against -           :

SUPERINTENDENT CONNOLLY, et al.,  :

               Defendants.        :
----------------------------------------------------------------X

      IT IS HEREBY ORDERED that an Assistant Attorney General may take the deposition of inmate Harry Rivera, NYSID #08179845M, before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at the Eric M. Taylor Center or any other correctional facility maintained by the New York City Department of Correction, upon notice to Plaintiff and the warden of the correctional facility.

Dated: White Plains, NY
       January 2, 2020

                                                  SO ORDERED

                                                  Hon. Vincent Briccetti
                                                  United States District Judge