UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HARRY RIVERA,
            Plaintiff,

v.

SUPERINTENDENT CONNOLLY, et al.,
            Defendants.
------------------------------------------------------------x

**ORDER**

18 CV 3958 (VB)

      By Order dated December 16, 2019, the Court ordered counsel to submit a joint letter regarding settlement by January 30, 2020. (Doc. #31).

      Counsel have failed to do so. The Court reminds counsel that its orders are not mere suggestions.

      Accordingly, the Court sua sponte extends to February 7, 2020, counsel's time to submit a joint letter regarding settlement.

Dated: January 31, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge