

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIRECT DIAL: (212)

April 3

> Application granted.
>
> Defendant's time to serve and file a pre-motion letter regarding his anticipated motion for summary judgment is extended to and including June 2, 2021.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 73 and mail a copy of this Order to Plaintiff.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         May 3, 2021

**BY ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: <u>Rivera v. Connolly</u>, 18-CV-3958 (PMH)

Dear Judge Halpern:

    I write respectfully to request a thirty-day adjournment of defendants' time to file a pre-motion letter from May 3, 2021, to June 2, 2021. On April 1, 2021, I appeared in this matter in place of Assistant Attorney General Jonathan Wilson who left the office. <u>See</u> Docket Nos. 70-72. Since that time, I have had a number of deadlines in other matters and, as a result, have not yet been able to complete my review of the case file. The additional time will allow me to complete my review prior to filing a pre-motion letter with the Court.

    I understand from the Docket sheet that this is defendant's third request for an extension of the deadline to file a pre-motion letter with the Court, although it is my first such request since appearing in the case. Counsel for plaintiff, Alan Levine, Esq., consents to this application.

    Thank you.

Respectfully submitted,

*/s/ Neil Shevlin*
Neil Shevlin
Assistant Attorney General
Neil.Shevlin@ag.ny.gov

cc: Alan Levine, Esq. (by ECF)