# ALAN D. LEVINE

ATTORNEY AT LAW

80-02 KEW GARDENS ROAD

KEW GARDENS, NEW YORK 11415

ALAN D. LEVINE

SUSANNE RAMKISHUN

(718) 793-6363

> Application granted.
>
> The pre-motion conference scheduled previously for August 19, 2021 is adjourned to September 2, 2021 at 09:30 a.m. At the time of the scheduled conference, all parties shall call: (888) 398-2342; access code: 3456831.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 78.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> June 28, 2021

**VIA ECF**
Honorable Philip M. Halpern
United States District Judge
300 Quarropas Street
White Plains, New York 10601

Re: <u>Rivera v. Connolly, et al.</u>
18 CV 3958 (PMH) (JCM)

Dear Judge Halpern:

    I am the attorney for the plaintiff in the above-referenced action. I write, with the consent of the attorney for the defendants, to request that the pre-motion conference presently scheduled for August 19, 2021, at 11:00 A.M., be rescheduled to any time on August 30, September 1, September 2 or September 3, as I have a court-ordered deposition scheduled for the morning of August 19.

Very truly yours,

ALAN D. LEVINE, ESQ.

ADL/sr
cc: Neil Shevlin, Esq.