

# STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

DIRECT DIAL: (212) 416-8561

October 5, 2021

**BY ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Rivera v. Connolly, 18-CV-3958 (PMH)

Dear Judge Halpern:

      I write respectfully to request a two-week adjournment of defendant's time to file his [motion for summary judgment from October 8,] 2021, to October 22, 2021, and a corresponding [two-week adjournment of plaintiff's and] defendant's time to reply. The reason for the [request is that additional] time is needed to finalize the motion. This is [defendant's first request to extend] his time to file his motion for summary judgment. [Plaintiff's counsel consen]ts to this application.

Respectfully submitted,

*/s/ Neil Shevlin*
Neil Shevlin
Assistant Attorney General
Neil.Shevlin@ag.ny.gov

---

**[Memo endorsement:]**

Application granted.

Defendant's contemplated motion for summary judgment shall be served and filed in accordance with the following schedule:

(1) the moving papers shall be served, not filed, on October 22, 2021;

(2) the opposition papers shall be served, not filed, on November 19, 2021; and

(3) the reply papers, if any, shall be served on December 3, 2021. The parties shall file all motion documents on the reply date, December 3, 2021.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 80.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       October 6, 2021

416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
W.AG.NY.GOV