**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HARRY RIVERA,

                Plaintiff,

-against-                                18 **CIVIL** 3958 (PMH)

                                                         **JUDGMENT**

SUPERINTENDENT CONNOLLY, et al.,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated June 1, 2022, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

        June 2, 2022

                                                     **RUBY J. KRAJICK**

                                                     _____
                                                     **Clerk of Court**
                          **BY:**         _K. Mango_____
                                                     **Deputy Clerk**